**Tom DOLAN, Plaintiff–Appellant,**

**v.**

**GENERAL MOTORS CORPORATION, Defendant–Appellee.**

**No. 00–2541.**

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 15, 2001.

Sol Z. Rosen, Washington, DC, for appellant.

M. Janet Palmer, Harrell & Chambliss, L.L.P., Richmond, VA, for appellee.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Tom Dolan appeals from the district court's order granting summary judgment to General Motors in Title VII discrimination suit. 42 U.S.C.A. §§ 2000e to 2000e–17 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Dolan v. General Motors Corp.,* No. CA–00–235–A (E.D.Va. Nov. 13, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*